FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

SEP 29 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Olivas-Leyva, Felisardo <br><br> Defendant. | Case No.: SA 10-397 M <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __N.D. of California__, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __backgrd, cmty ties unknown; bail resources unknown; illegal immigration status;__

1
2
3    and/or
4  B.  [X] The defendant has not met his/her burden of establishing by clear and
5    convincing evidence that he/she is not likely to pose a danger to the safety of any
6    other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7    finding is based on his criminal history record, incl
8    prior conv for narcotics offenses, and
9    convs of new crimes committed while under supervision;
10   probation violation history
11
12
13   IT THEREFORE IS ORDERED that the defendant be detained pending further
14   revocation proceedings.
15
16   DATED: 9/29/10
17                                              ROBERT N. BLOCK
                                                UNITED STATES MAGISTRATE JUDGE